UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAT DORRANCE,<br>         Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>         Defendant. | No. 1:13-cv-643<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having affirmed the Commissioner's final decision denying benefits, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS LAWSUIT IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   September 23, 2014                    /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge